UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  　　　　　　　　　　　　　　　　　CHAPTER 13
JERRY W. LOWE
EVA E. LOWE  　　　　　　　　　　　　　　CASE NO. 11-84688

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Ocwen Loan Servicing LLC   　　**Court claim #: 10**

**Last four digits** of any number used to identify the debtor's account: 6778

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $7239.89 |
| Amount Paid by Trustee | $7239.89 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐ Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/10/2016  　　　　　　　　　　/s/Lydia S. Meyer_____
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee
　　　　　　　　　　　　　　　　　　　　308 W. State St., Suite 212
　　　　　　　　　　　　　　　　　　　　Rockford, IL  61101

　　　　　　　　　　　　　　　　　Certificate of Service
　　　I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 10th Day of March, 2016.

Dated:  3/10/2016  　　　　　　　　　　/s/Cynthia K. Burnard_____

OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD  STE 100
WEST PALM BEACH, FL 33409

AMERICAN HOME MORTGAGE SERVICING INC
PO BOX 631730
4600 REGENT BLVD., SUITE 200
IRVING, TX  75063-1730

SUSAN J NOTARIUS ARDC #06209646
KLUEVER & PLATT LLC
65 E WACKER PL  STE 2300
CHICAGO, IL 60601

OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL 33416-4605

JERRY W. LOWE
EVA E. LOWE
1715 SHERMAN AVENUE
ROCKFORD, IL  61101

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603